IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02207-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

WARDEN S. JONES,
DIRECTOR B. ZALMAN,
ASSOCIATE WARDEN B. ALLEN,
MAJOR C. HOLDITCH,
CAPTAIN K. FOSTER,
CAPTAIN J. DALTON,
LIEUTENANT MARTZ,
LIEUTENANT CHAVEZ,
SERGEANT A. LUNA,
SERGEANT P. BINDER,
SERGEANT J. WEST,
SERGEANT HARDRICK,
SERGEANT VAN DYKE,
SERGEANT HUDSPETH,
SERGEANT KELEMAN,
C/O D. GALLAGHER,
C/O BRYANT,
C/O A. DALTON,
C/O R. MARTINEZ,
C/O V. PASARO,
NURSE N. WALKER, and
DOCTOR WRIGHT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 23 2009

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This cause is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: December 21, 2009

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02207-CMA-KLM

Jose Medina Escobar
Prisoner No. 48895
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Warden S. Jones, Director B. Zalman, Associate Warden B. Allen,
Major C. Holditch, Captain K. Foster, Captain J. Dalton,
Lieutenant Martz, Lieutenant Chavez, Sergeant A. Luna,
Sergeant P. Binder, Sergeant J. West, Sergeant Hardrick,
Sergeant Van Dyke, Sergeant Hudspeth, Sergeant Keleman,
C/O D. Gallagher, C/O Bryant, C/O A. Dalton, C/O R. Martinez,
C/O V. Pasaro, Nurse N. Walker, and Doctor Wright, – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Warden S. Jones, Director B. Zalman, Associate Warden B. Allen, Major C. Holditch, Captain K. Foster, Captain J. Dalton, Lieutenant Martz, Lieutenant Chavez, Sergeant A. Luna, Sergeant P. Binder, Sergeant J. West, Sergeant Hardrick, Sergeant Van Dyke, Sergeant Hudspeth, Sergeant Keleman, C/O D. Gallagher, C/O Bryant, C/O A. Dalton, C/O R. Martinez, C/O V. Pasaro, Nurse N. Walker, and Doctor Wright: SECOND AMENDED COMPLAINT FILED 11/19/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  12/23/09  .

                                                          GREGORY C. LANGHAM, CLERK

                                                  By: _____
                                                              Deputy Clerk