IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02207-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

WARDEN S. JONES,
ASSOCIATE WARDEN B. ALLEN,
MAJOR HOLDITCH,
CAPTAIN K. FOSTER,
CAPTAIN J. DALTON,
CAPTAIN LOGAN
LIEUTENANT MARTZ,
LIEUTENANT CHAVEZ,
SERGEANT A. LUNA,
SERGEANT BINDER,
SERGEANT J. WEST,
SERGEANT HARDRICK,
SERGEANT HUDSPETH,
SERGEANT KELEMAN
C/O D. GALLAGHER,
C/O BRYANT,
C/O A. DALTON,
C/O R. MARTINEZ,
C/O PASARO,
NURSE N. WALKER, and
DOCTOR WRIGHT,
HUERTAS,
VAN VELDER,
SERGEANT POOL,
C/O KAISER,
C/O GIORDANO,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Court Order** [Docket No.

69; Filed October 18, 2010] (the "Motion").  Pursuant to the Motion, Plaintiff seeks "an order compelling CCF case management to furnish Plaintiff or the Court a monthly account statement and/or 20% of any funds placed in his prison account."  *Motion* [#69] at 2.

      IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  The Court has no authority to compel nonparty "CCF case management" to act in this context.  Plaintiff must monitor his own financial resources and work within the applicable rules and regulations existing at the facility where he is incarcerated to ensure that his monthly filing fee obligations are met.  To the extent that he cannot do so in a timely manner, he may seek an extension of time to comply.  **Nevertheless, the Court reminds Plaintiff's case manager of the prison's obligation to provide Plaintiff's inmate account statement to him in a timely manner and, if applicable, remit funds to the Court**.

      IT IS FURTHER **ORDERED** that the Clerk shall mail a copy of this Minute Order to the case manager for Plaintiff at the Centennial Correctional Facility, P.O. Box 600, Canon City, CO 81215-0600.

      Dated:  October 19, 2010