IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02207-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

WARDEN S. JONES,
ASSOCIATE WARDEN B. ALLEN,
MAJOR HOLDITCH,
CAPTAIN K. FOSTER,
CAPTAIN J. DALTON,
LIEUTENANT MARTZ,
LIEUTENANT CHAVEZ,
SERGEANT A. LUNA,
SERGEANT BINDER,
SERGEANT J. WEST,
SERGEANT HARDRICK,
SERGEANT HUDSPETH,
SERGEANT KELEMAN
C/O D. GALLAGHER,
C/O BRYANT,
C/O A. DALTON,
C/O R. MARTINEZ,
C/O PASARO,
NURSE N. WALKER, and
DOCTOR WRIGHT,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Jones' Motion for Leave to Take Plaintiff's Deposition** [Docket No. 79; Filed December 7, 2010] (the "Motion").  Because Plaintiff is incarcerated, leave to depose him must be sought from the Court pursuant to Fed. R. Civ. P. 30(a)(2)(B).

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendant Jones is permitted to depose Plaintiff at a date and time agreeable to the parties and the prison.

    Dated:  December 7, 2010