**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02207-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

WARDEN S. JONES,
ASSOCIATE WARDEN B. ALLEN,
MAJOR C. HOLDITCH,
CAPTAIN K. FOSTER,
CAPTAIN J. DALTON,
LIEUTENANT MARTZ,
LIEUTENANT CHAVEZ,
SERGEANT A. LUNA,
SERGEANT P. BINDER,
SERGEANT J. WEST,
SERGEANT HARDRICK,
SERGEANT HUDSPETH,
SERGEANT KELEMAN,
C/O D. GALLAGHER,
C/O BRYANT,
C/O A. DALTON,
C/O R. MARTINEZ,
C/O V. PASARO,
NURSE N. WALKER, and
DOCTOR WRIGHT,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING FEBRUARY 28, 2011 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

The above-entitled and numbered civil action was referred to United States

Magistrate Judge Kristen L. Mix pursuant to 28 U.S.C. § 636. On February 28, 2010,

the Magistrate Judge issued a Report and Recommendation, recommending that Defendants' Motion for Sanctions [for] Failure of Plaintiff to Attend His Deposition be Denied to the extent they requested dismissal. The Magistrate Judge also ordered Plaintiff to attend a deposition by March 31, 2011. (Doc. # 99.) Plaintiff, proceeding *pro se*, filed an objection to the Recommendation insofar as it requires Plaintiff to attend his deposition "without implementing some form of safeguards [to prevent] similar injurious, harmful actions by defendants . . .." (Doc. # 106.) Pursuant to Fed. R. Civ. P. 72(a), this Court will only modify or set aside a Magistrate's order on non-dispositive motions that is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A). This Court has conducted a *de novo* review of this matter and finds that Magistrate Judge Mix's order is not clearly erroneous or contrary to law.

Plaintiff asserts that he will be physically abused if he attends his deposition without safeguards. The Court finds little merit in this argument. Plaintiff attended his previous deposition but refused to be deposed. (Doc. # 99 at 3.) His objection does not explain why he could attend the previous deposition but is unable to attend an upcoming one, nor does it explain why he refused to be deposed in the previous deposition.

Based on this *de novo* review, the Court finds no clear error in the Magistrate's Recommendation. Therefore, the Court hereby ADOPTS the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, IT IS ORDERED THAT:

1. Defendants' Motion for Sanctions (Doc. # 96) is DENIED to the extent that it requests dismissal of the case.

2. Plaintiff's SHALL appear for his deposition at a time and place set forth by Defendants to occur no later than March 31, 2011.

DATED: March  18 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge