IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02207-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

WARDEN S. JONES,
ASSOCIATE WARDEN B. ALLEN,
MAJOR HOLDITCH,
CAPTAIN K. FOSTER,
CAPTAIN J. DALTON,
LIEUTENANT MARTZ,
LIEUTENANT CHAVEZ,
SERGEANT A. LUNA,
SERGEANT BINDER,
SERGEANT J. WEST,
SERGEANT HARDRICK,
SERGEANT HUDSPETH,
SERGEANT KELEMAN
C/O D. GALLAGHER,
C/O BRYANT,
C/O A. DALTON,
C/O R. MARTINEZ,
C/O PASARO,
NURSE N. WALKER, and
DOCTOR WRIGHT,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's pleading titled "**Unethical Conduct on Court Ordered Deposition Sanctions**" [Docket No. 11; Filed April 5, 2011] (the "Motion"). Pursuant to the Motion, *pro se* Plaintiff contends that during the deposition conducted for this lawsuit, defense counsel "deposed Plaintiff on civil action 06-cv-01222" causing Plaintiff "30 to 40 minutes of unnecessary excruciating pain, prejudiced [sic] 06-cv-01222." *Motion* [#110] at 1-2. As Plaintiff alleges discovery misconduct in relation to 06-cv-01222-CMA-KLM, the Court finds that such alleged misconduct should be addressed in that case.

Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

Dated:  April 6, 2011