**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02207-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

WARDEN S. JONES,
ASSOCIATE WARDEN B. ALLEN,
MAJOR C. HOLDITCH,
CAPTAIN K. FOSTER,
CAPTAIN J. DALTON,
LIEUTENANT MARTZ,
LIEUTENANT CHAVEZ,
SERGEANT A. LUNA,
SERGEANT P. BINDER,
SERGEANT J. WEST,
SERGEANT HARDRICK,
SERGEANT HUDSPETH,
SERGEANT KELEMAN,
C/O D. GALLAGHER,
C/O BRYANT,
C/O A. DALTON,
C/O R. MARTINEZ,
C/O V. PASARO,
NURSE N. WALKER, and
DOCTOR WRIGHT,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING JANUARY 10, 2011 RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to United States Magistrate Judge Kristen L. Mix pursuant to 28 U.S.C. § 636. On January 10, 2011, the Magistrate Judge issued a Report and Recommendation (Doc. # 83), recommending that Plaintiff's Motion for Temporary

Restraining Order and/or a Preliminary Injunction (Doc. # 70) be denied. Plaintiff, proceeding *pro se*, has objected to this recommendation. (Doc. # 95.)

In light of these objections, the Court has conducted the requisite *de novo* review of the issues, the recommendations, and Plaintiff's objections. Plaintiff fails to raise any new issues of law or fact warranting a result different from that reached by the Magistrate Judge in her Report and Recommendation. Based on this *de novo* review, the Court concludes that the Magistrate Judge's thorough and comprehensive analyses and recommendations are correct. Therefore, the Court hereby ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, IT IS ORDERED THAT Plaintiff's Motion for Temporary Restraining Order and/or a Preliminary Injunction (Doc. # 70) is DENIED.

DATED: April  29 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge