**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02207-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

WARDEN S. JONES,
ASSOCIATE WARDEN B. ALLEN,
MAJOR C. HOLDITCH,
CAPTAIN K. FOSTER,
CAPTAIN J. DALTON,
LIEUTENANT MARTZ,
LIEUTENANT CHAVEZ,
SERGEANT A. LUNA,
SERGEANT P. BINDER,
SERGEANT J. WEST,
SERGEANT HARDRICK,
SERGEANT HUDSPETH,
SERGEANT KELEMAN,
C/O D. GALLAGHER,
C/O BRYANT,
C/O A. DALTON,
C/O R. MARTINEZ,
C/O V. PASARO,
NURSE N. WALKER, and
DOCTOR WRIGHT,

    Defendants.

---

**ORDER SETTING CASE FOR TRIAL**

---

    The above-captioned matter has been rescheduled for a **five-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, December 17, 2012 at 9:00 AM,** in Courtroom A602 of the Arraj Courthouse.

A Final Trial Preparation Conference is set for **Friday, November 30, 2012, at 9:00 AM.** The parties are expected to be fully prepared for trial at that time. Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court.

These proceedings are subject to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the District of Colorado and **the Civil Practice Standards for this courtroom**, a copy of which can be downloaded from the Court's website at [www.cod.uscourts.gov](http://www.cod.uscourts.gov), under "Judicial Officers' Procedures."

DATED:  September   16  , 2012

BY THE COURT:

*[signature]*

_____
CHRISTINE M. ARGUELLO
United States District Judge