**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02207-CMA-KLM

JOSE MEDINA ESCOBAR,

     Plaintiff,

v.

WARDEN S. JONES,
ASSOCIATE WARDEN B. ALLEN,
MAJOR C. HOLDITCH,
CAPTAIN K. FOSTER,
CAPTAIN J. DALTON,
LIEUTENANT MARTZ,
LIEUTENANT CHAVEZ,
SERGEANT A. LUNA,
SERGEANT P. BINDER,
SERGEANT J. WEST,
SERGEANT HARDRICK,
SERGEANT HUDSPETH,
SERGEANT KELEMAN,
C/O D. GALLAGHER,
C/O BRYANT,
C/O A. DALTON,
C/O R. MARTINEZ,
C/O V. PASARO,
NURSE N. WALKER, and
DOCTOR WRIGHT,

     Defendants.

---

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM
TO TRANSPORT PLAINTIFF**

---

Plaintiff Jose Medina Escobar, CDOC # 48895, is a necessary and material witness in his own jury trial scheduled to take place before the Hon. Christine M. Arguello beginning on December 17, 2012, at 9:00 AM in Courtroom A602 of the Arraj

Courthouse, 901 19th Street, Denver, Colorado.  Mr. Escobar is currently confined at the Colorado State Penitentiary (CSP) in Canon City, Colorado, in the custody of Warden Travis Trani.  In order to secure Mr. Escobar's attendance at this trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Escobar's custodian to produce him at the United States District Court for the District of Colorado.  Accordingly, it is

ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of the the Colorado State Penitentiary, and the Colorado Department of Corrections to produce Inmate Jose Medina Escobar, CDOC #48895, on Monday, on December 17, 2012, at 9:00 AM, for a five-day jury trial to be held at the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado, Courtroom A602, until the completion of the proceeding or as ordered by the Court, and thereafter to return Mr. Escobar to the Colorado State Penitentiary.

2. The custodian is further ordered to notify the Court of any change in the custody of Mr. Escobar, and is ordered to provide the new custodian with a copy of this Writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Colorado State Penitentiary

YOU ARE COMMANDED to produce Inmate Jose Medina Escobar, CDOC #48895, on Monday, December 17, 2012, at 9:00 AM, for a five-day jury trial to be held in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado, before the Hon. Christine M. Arguello, or until completion of this proceeding or as ordered by the Court, and thereafter return Mr. Escobar to the Colorado State Penitentiary in Canon City, Colorado.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Escobar and to provide the new custodian with a copy of this Writ.

DATED this __3rd__ day of December, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge